# EXHIBIT O



DISH Network, L.L.C.  
9601 S. Meridian Boulevard  
Englewood, CO  80112

Invoice Number: 417741  
Invoice Date: 05/18/15  
Matter Number: 29515.00037  
Terms: *Payable Upon Receipt*

**INVOICE # 417741 SUMMARY**

|  |  |
|---|---|
| Total Fees | $5,628.00 |
| Total Costs | $0.00 |
| Total for invoice # 417741 | $5,628.00 |

For Billing Questions, contact ERIC L ZALUD at (216) 363-4500 or fax to (216) 363-4588

*REMIT TO:*

| **Check Payments:** | **Wire Payments:** | **Credit Card Payments** |
|---|---|---|
| Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP |
| Attn: Accounting Dept. 200 Public Square #2300 Cleveland, OH 44114-2378 | PNC Bank Cleveland, OH  44114 ABA: 041000124 Account: 4224589959 | Visa, MasterCard or American Express Please call: (216) 363-4500 |
| Reference: 417741 | Reference: 417741 |  |

Tax Identification Number:  34-6596918

**Cleveland    Columbus    Hackensack    Indianapolis    Philadelphia    Shanghai    Wilmington**

197924 v1



DISH Network, L.L.C.  
9601 S. Meridian Boulevard  
Englewood, CO 80112

Invoice Number: 417741  
Invoice Date: 05/18/15  
Matter Number: 29515.00037  
Terms: *Payable Upon Receipt*

Matter 00037 Goode, Brandi v. DISH Network, LLC

FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/14/15:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/05/15 | ELZ | Travel to Charleston for deposition of Plaintiff and her husband | 5.30 | $2,226.00 |
| 05/06/15 | ELZ | Continued preparation for and travel to Mount Pleasant for depositions of Plaintiff and her husband (no show) | 1.90 | $798.00 |
| 05/07/15 | ELZ | Return to Cleveland from canceled no-show Plaintiff' depositions | 6.20 | $2,604.00 |

TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| ERIC L ZALUD | 13.40 hours at | $420.00 = | $5,628.00 |

Total Current Fees $5,628.00

**TOTAL AMOUNT OF THIS INVOICE** **$5,628.00**

For Billing Questions, contact ERIC L ZALUD at (216) 363-4500 or fax to (216) 363-4588

*REMIT TO:*

| **Check Payments:** | **Wire Payments:** | **Credit Card Payments** |
|---|---|---|
| Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP |
| Attn:  Accounting Dept. 200 Public Square #2300 Cleveland, OH 44114-2378 | PNC Bank Cleveland, OH  44114 ABA: 041000124 Account: 4224589959 | Visa, MasterCard or American Express Please call: (216) 363-4500 |
| Reference: 417741 | Reference: 417741 | |

Tax Identification Number:  34-6596918

**Cleveland　　Columbus　　Hackensack　　Indianapolis　　Philadelphia　　Shanghai　　Wilmington**