# EXHIBIT P



**Veritext Midwest**

1100 Superior Avenue, Suite 1820
Cleveland OH 44114
Tel. 216-523-1313 Fax. 216-263-7070
Fed. Tax ID: 20-3132569

| | |
|---|---|
| **Bill To:** Eric Larson Zalud<br>Benesch Friedlander Coplan & Aronoff, LLP<br>200 Public Square<br>Ste 2300<br>Cleveland, OH, 44114 | **Invoice #:** OH2321175<br>**Invoice Date:** 5/13/2015<br>**Balance Due:** $187.00 |

| | |
|---|---|
| **Case:** | Goode, Brandi v. DISH Network, LLC |
| **Job #:** | 2062593 \| Job Date: 5/6/2015 \| Delivery: Normal |
| **Billing Atty:** | Eric Larson Zalud |
| **Location:** | The Headley Law Firm<br>1156 Bowman Road \| Ste. 200 \| Mount Pleasant, SC 29464 |
| **Sched Atty:** | Eric Larson Zalud \| Benesch Friedlander Coplan & Aronoff LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Brandi and Christopher Goode - attempted | Transcript - Expedited Fee | Page | 10.00 | $7.90 | $79.00 |
| | Attendance Fee | Hour | 1.00 | $60.00 | $60.00 |
| | Exhibits | Per Page | 5.00 | $0.40 | $2.00 |
| | CD Depo Litigation Package | Per CD | 1.00 | $35.00 | $35.00 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $11.00 | $11.00 |

**Notes:**

| | |
|---|---|
| Invoice Total | $187.00 |
| Payment | $0.00 |
| Credit | $0.00 |
| Interest | |
| Balance Due | $187.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| | | |
|---|---|---|
| **To pay online, go to**<br>**www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:** OH2321175<br>**Job #:** 2062593<br>**Invoice Date:** 5/13/2015<br>**Balance:** $187.00 |

13612