# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | | |
|---|---|---|
| BRANDI GOODE, | ) | CASE NO. 7:14-CV-03674-BHH |
| | ) | |
| Plaintiff, | ) | JUDGE BRUCE HOWE HENDRICKS |
| | ) | |
| v. | ) | |
| | ) | |
| DISH NETWORK L.L.C., *et al*. | ) | **STIPULATION OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Brandi Goode and Defendant DISH Network L.L.C. ("DISH"), through their respective undersigned attorneys, that the above-entitled action by Plaintiff is dismissed with prejudice against DISH pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its or her own costs.

*s/ Brian J. Headley*
Brian J. Headley, DCID # 11427
The Headley Law Firm
1156 Bowman Rd., Suite 200
Mount Pleasant, SC 29464
Telephone: (855) 301-2100 Ext. 5532
Facsimile: (888) 953-6237
bjheadley@yahoo.com
bheadley@lemberglaw.com

*Attorney for Plaintiff*

*s/ Mary D. LaFave*
MARY DANIEL LAFAVE, DCID #10316
ROBERT CANNA BLAIN, DCID #11470
Gaffney Lewis and Edwards, LLC
3700 Forest Drive, Suite 400
Columbia, South Carolina 29204
803-790-8838 (office)
803-790-8841 (fax)

ERIC LARSON ZALUD (Admitted Pro Hac Vice)
LAURA E. KOGAN (Admitted Pro Hac Vice)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
216-363-4178 Telephone
216-363-4588 Facsimile
ezalud@beneschlaw.com
lkogan@beneschlaw.com

BENJAMEN E. KERN (Admitted Pro Hac Vice)
Benesch, Friedlander, Coplan & Aronoff LLP
41 South High Street, Suite 2600
Columbus, Ohio 43215
614-223-9300 Telephone
614-223-9330 Facsimile
bkern@beneschlaw.com

*Attorneys for Defendant DISH Network L.L.C.*

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was filed electronically on the 22th day of May, 2015, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

/s/ Mary D. LaFave

8590216 v1